UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH MCELROY<br>    Plaintiff,<br><br>v.<br><br>THE CITY OF LOWELL, OFFICER<br>DANIEL JAMES HOUSTON, OFFICER<br>R. STURDAVANT, OFFICER POL<br>and UNKNOWN LOWELL POLICE<br>OFFICERS<br>    Defendants. | C.A. No. 09-12195<br><br>**COMPLAINT AND JURY DEMAND** |

## INTRODUCTION

1. This is an action for money damages for violations of the Plaintiff's constitutional rights brought pursuant to 42 U.S.C. §1983 and related state law. Plaintiff Kenneth McElroy alleges that the Defendant police officers illegally arrested him and used excessive force in effectuating that arrest, all in violation of the Fourth and Fourteenth Amendments to the United States Constitution and the Massachusetts Civil Rights Act, M.G.L. c. 12, §11I. The Plaintiff further alleges that the Defendant City of Lowell has demonstrated a custom and policy of deliberate indifference to the constitutional rights of its citizens.

## JURISDICTION

2. Jurisdiction is based upon 28 U.S.C. §§1331 and 1343, and on the pendent jurisdiction of this court to entertain related claims arising under state law.

## PARTIES

3. Plaintiff Kenneth McElroy is a resident of Shirley, Massachusetts.

4. Defendant City of Lowell is a municipality duly authorized under the laws of the Commonwealth of Massachusetts.

1

5. Defendant Daniel James Houston is a police officer for the Lowell Police Department, acting under color of law at all time relevant to this Complaint, and is sued in his individual capacity as a police officer for the Defendant City of Lowell.

6. Defendant R. Sturdavant is a police officer for the Lowell Police Department, acting under color of law at all time relevant to this Complaint, and is sued in his individual capacity as a police officer for the Defendant City of Lowell.

7. Defendant Officer Pol is a police officer for the Lowell Police Department, acting under color of law at all time relevant to this Complaint, and is sued in his individual capacity as a police officer for the Defendant City of Lowell.

8. Defendant Unknown Lowell Police Officers are police officers for the Lowell Police Department, acting under color of law at all time relevant to this Complaint, and are sued in their individual capacity as police officers for the Defendant City of Lowell.

**FACTS**

9. On April 12, 2008, the Plaintiff, an HVAC contractor for 17 years, went to Lowell to pick up an individual named James Earle, who he was bringing with him to New Hampshire to help in a construction project.

10. Soon after picking up Mr. Earle, at around 10AM, he drove near the area of 50 North Street in Lowell.

11. As he was approaching, a parked truck opened its driver's side door, nearly causing an accident.

12. The Plaintiff saw the truck driver swearing at him in mirror, so he got out of his truck to determine if he had hit the vehicle.

13. The driver of that truck then came running up at the Plaintiff and punched him more than once, at least once in the face.

14. Mr. McElroy's passenger, James Earle, exited the car and stopped the assault.

15. Surprised by this attack, the Plaintiff went to leave the area, as the attacker chased him with a hammer and crowbar.

16. The Plaintiff drove around the block, parked, and decided to call the police.

17. As he came back towards the scene, he saw that a police cruiser had just arrived.

18. Upon approaching, Mr. McElroy saw Mr. Earle being pushed up against his truck.

19. When the Plaintiff tried to explain to the officers what happened, they told him to "shut the fuck up." The Plaintiff was then told he was under arrest.

20. During the arrest, Defendant officers grabbed him by the shoulder and threw him against a fence.

21. The Defendant Officers next squeezed him by his neck and lifted him up against the fence so that the Plaintiff was nearly off the ground.

22. After releasing his neck, the Defendants then began to forcefully kick at the side of the Plaintiff's calves.

23. The Defendant Officers succeeded in kicking the Plaintiff's legs from underneath him, causing them to buckle and bend awkwardly. They then slammed him to the ground.

24. While he was on the ground, one officer stuck his knee in the back of the Plaintiff's neck, causing extreme pain.

25. None of the Defendants intervened to stop this excessive force despite having the opportunity to do so.

26. As a result of the Officers' actions during the arrest, the Plaintiff sustained injuries to his ACL, MCL and meniscus, as well as suffering a herniated disk, nerve damage, and soreness and bruising, all causing him to miss several months of work.

**COUNT I**
**VIOLATION OF 42 U.S.C. §1983**
**BY ALL INDIVIDUAL DEFENDANTS**

27. The Plaintiff restates the allegations in paragraphs 1 through 26 and incorporates said paragraphs herein as paragraph 27.

28. By the actions described above in paragraphs 1 through 26, the Defendants, acting under color of law, deprived the Plaintiff of his right to be free from unreasonable seizures and to be free from the use of excessive force, all in violation of 42 U.S.C. §1983 and his Fourth and Fourteenth Amendment rights as guaranteed by the United States Constitution.

**COUNT II**
**VIOLATION OF 42 U.S.C. §1983**
**BY DEFENDANT CITY OF LOWELL**

29. The Plaintiff restates the allegations in paragraphs 1 through 28 and incorporates said paragraphs herein as paragraph 29.

30. By the actions described above in paragraphs 1 through 28, the City of Lowell has demonstrated a custom and policy of deliberate indifference to the rights of citizens by:

    a. Failing to adequately train its police officers on the proper use of force and arrest procedures;

    b. Tolerating a custom and policy in which officers violate the constitutional rights of citizens through excessive force and unlawful seizures;

   c. Failing to take disciplinary action against officers who violate the rights of citizens by using excessive force and making unlawful seizures; and,

   d. Failing to adequately supervise officers who are prone to use excessive force and make unlawful seizures.

## COUNT III
## VIOLATION OF MASSACHUSETTS CIVIL RIGHTS ACT: M.G.L. c. 12, §11I BY ALL INDIVIDUAL DEFENDANTS

31. The Plaintiff restates the allegations in paragraphs 1 through 30 and incorporates said paragraphs herein as paragraph 31.

32. By the actions described above in paragraphs 1 through 30, the Defendants violated the Plaintiff's civil rights through threats, intimidation, and coercion, in violation of M.G.L. c. 12, §11I.

**WHEREFORE,** the Plaintiff requests that this Court award:

1. Compensatory damages against all Defendants jointly and severally;
2. Punitive damages against all individual Defendants;
3. The costs of this action, including reasonable attorneys' fees; and,
4. Such other and further relief, as this Court may deem necessary and appropriate.

## DEMAND FOR JURY TRIAL

A jury trial is hereby demanded.

Respectfully submitted,
The Plaintiff Kenneth McElroy
By his attorneys,

DATED: December 26, 2009       //s// Michael Tumposky
                               Michael Tumposky (BBO No. 660618)
                               Jessica D. Hedges (BBO No. 645847)
                               Hedges & Tumposky, LLP
                               227 Lewis Wharf
                               Boston, MA 02110
:                              T)(617) 722-8220