UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH McELROY,
                Plaintiff,

v.                                                         CIVIL ACTION
                                                          NO.  09-12195-MBB

THE CITY OF LOWELL, OFFICER
DANIEL JAMES HOUSTON, OFFICER
R. STURDAVANT, OFFICER POL and
UNKNOWN LOWELL POLICE OFFICERS,
                Defendants.

## ORDER OF DISMISSAL

November 3, 2011

**BOWLER, U.S.M.J.**

      The court having been advised that the above-entitled action has been settled:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs.  Upon good cause shown, any party may move to reopen the action within sixty (60) days if settlement is not consummated.

                                                         /s/ Marianne B. Bowler
                                                         MARIANNE B. BOWLER
                                                         United States Magistrate Judge